IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00435-LTB
(Removal from Colorado Court of Appeals,
Case No. 2011CA736)

THE PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

JAMES W. HALL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Defendant's "Notice of Removal" (ECF No. 7), which the Court construes as a motion to reconsider the Court's Order for Summary Remand (ECF No. 2) entered on October 25, 2011, is DENIED. Defendant's "Petition for Assistance of Counsel – 18 USC 3005A1(a0) (i)(j)" (ECF No. 8) and the "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" (ECF No. 9), are DENIED as moot because the instant action is closed.

    Defendant's "Motion to Quash" (ECF No. 10), in which Defendant seeks to challenge the validity of his conviction in Denver District Court case number 00CR2187, is not properly filed in this criminal case. Therefore, the clerk of the Court will be directed to remove the "Motion to Quash" from this criminal action and file the "Motion to Quash," together with a copy of this minute order, in a new civil action seeking habeas corpus relief pursuant to 28 U.S.C. § 2254. Defendant may not file any further papers in this closed criminal case.

Dated: May 7, 2013